## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CHASE INGERSOLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-1384 |
| | ) |
| CITY OF PEORIA, ILLINOIS | ) |
| A Political Subdivision of | ) |
| The State of Illinois, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is Plaintiff's Complaint [Doc. #1]; his Verified Motion for Temporary Restraining Order [Doc. #2]; and his Motion for a Preliminary Injunction [Doc. #3].

After having considered the pleadings and having heard the arguments of both parties, the Court finds that it lacks subject matter jurisdiction over the instant matter, because the claims made in this lawsuit involve claims and rulings previously filed in a state court proceeding (City of Peoria v. Jain, No. 05-MR-109 (Ill. 10th Cir.)), or claims that are "inextricably intertwined" with those state court claims and rulings. Such a situation compels this Court to abstain from any consideration of the claims on the merits. See Rooker v. Fid. Trust Co., 263 U.S. 413 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462 (1983).

Therefore, for the reasons stated on the record during the hearing, Plaintiff's Verified Motion for Temporary Restraining

Order [Doc. #2] and his Motion for a Preliminary Injunction [Doc. #3] are dismissed. Further, these same reasons warrant the dismissal of Plaintiff's Complaint for lack of subject matter jurisdiction. <u>See</u> Fed. R. Civ. Pro. 65(a)(2) ("Before or after the commencement of the hearing of an application for a preliminary injunction, the court may order the trial of the action on the merits to be advanced and consolidated with the hearing of the application.").

IT IS THEREFORE ORDERED that Plaintiff's Verified Motion for Temporary Restraining Order [Doc. #2], his Motion for a Preliminary Injunction [Doc. #3], and his Complaint [Doc. #1] are DISMISSED for the reasons stated on the record during the hearing.

ENTERED this  14th  day of December, 2005.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge